## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA,

                Plaintiff,

           v.

CHRISTL SCHAMBACH,
As executor of the Estate of Dieter Schambach,

                Defendant.

Civil Action No. 20-2650 (ZNQ) (DEA)

**ORDER**

For the reasons set forth in the accompanying Opinion filed herewith:

**IT IS** on this **9th** day of **August 2021**,

**ORDERED** that the Motion for Default Judgment (ECF No. 14) is hereby **GRANTED;** and it is further

**ORDERED** that default judgment shall be entered in favor of the United States against Christl Schambach as executor of the Estate of Dieter Schambach in the amount of $519,351.82. Further interest and penalties will accrue according to law after February 24, 2021, as follows: Interest has accrued under 31 U.S.C § 3717(a)(1) from February 24, 2021 until the date of entry of this default judgment, and interest will then accrue under 28 U.S.C § 1961 from the date of entry of this judgment until the judgment is paid. Penalties will continue to accrue in accordance with 31 U.S.C § 3717(e)(2) from February 24, 2021 until the judgment is paid.

                                                  s/ Zahid N. Quraishi
                                           **HON. ZAHID N. QURAISHI**
                                           **UNITED STATES DISTRICT JUDGE**